SHAUN M. PETTIGREW (CA Bar No. 254564)  THE HONORABLE JOLIE A. RUSSO
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 305-3895
Fax: (202) 305-0506
shaun.pettigrew@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC RIVERS, et al. | Case No.: 6:16-cv-01598-TC |
| Plaintiffs, | |
| v. | FEDERAL DEFENDANTS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORDS |
| UNITED STATES BUREAU OF LAND MANAGEMENT, et al., | |
| Federal Defendants, | |
| and | |
| ZUBER & SONS LOGGING, LLC, et al., | |
| Defendant-Intervenors | |

By and through undersigned counsel, Federal Defendants provide notice of their filing of the Administrative Records in the above-captioned case. The Administrative Records filed with the Court consist of materials compiled by the U.S. Bureau of Land Management ("BLM"), U.S. Fish and Wildlife Service ("FWS"), and the National Marine Fisheries Service ("NMFS") for their decisions related to the 2016 western Oregon resource management plans at issue in this case.

Attached as Exhibit 1 to this Notice is the Declaration of Aimee Hoefs certifying the Administrative Record for BLM. The documents comprising the Administrative Record are filed on a single hard drive that also contains an Excel index with hyperlinks to the documents. In addition, although not part of the Administrative Record, the hard drive contains a privilege log.

Attached as Exhibit 2 to this Notice is the Declaration of Jody Caicco certifying the Administrative Record for FWS. The documents comprising the Administrative Record are filed on 3 DVDs, including a DVD which contains GIS data. The first two DVDs contain an Excel index with hyperlinks to the documents. As explained in the Caicco declaration, the first DVD should be loaded to use the hyperlinks to access documents up through the document entitled "FWS_076966-FWS_077098.pdf (which is the second-to-last document on page 101 of the index). The second DVD should be loaded to access the remaining documents on the index (the last document on page 101 and all documents on pages 102-208). In addition, although not part of the Administrative Record, the DVDs contain a privilege log.

Attached as Exhibit 3 to this Notice is the Declaration of Ken Phippen certifying the Administrative Record for NMFS. The documents comprising the Administrative Record are filed on a DVD that also contains an Excel index with hyperlinks to the documents. In addition, although not part of the Administrative Record, the hard drive contains a privilege log.

On this date, Federal Defendants are sending via overnight mail to the Clerk of Court's Office two hard copies of the hard drive containing the BLM Administrative Record, two hard copies of the DVDs containing the FWS Administrative Record, and two hard copies of the DVD containing the NMFS Administrative Record. Federal Defendants intend one copy of each Administrative Record for the Clerk of Court's Office and one for the Chambers of the Honorable Magistrate Judge Jolie A. Russo.

In addition to the electronically-filed documents that ECF serves upon Plaintiffs' counsel directly, Federal Defendants are sending by overnight mail copies of the Administrative Records to the addresses set forth below:

>Susan Jane McKibben Brown
>Western Environmental Law Center
>4107 NE Couch Street
>Portland, OR 97232
>*Counsel for Plaintiffs*
>
>Julie A. Weis
>Haglund Kelley LLP
>200 SW Market Street
>Suite 1777
>Portland, OR 97201
>*Counsel for Intervenor-Defendants*

Respectfully submitted, June 1, 2017,

>JEFFREY H. WOOD
>Acting Assistant Attorney General
>Environment and Natural Resources Division
>
>*/s/ Shaun M. Pettigrew*
>SHAUN M. PETTIGREW
>Trial Attorney
>Natural Resources Section
>601 D Street, NW
>Washington, D.C. 20004
>Phone:  (202) 305-3895
>Fax:  (202) 305-0506
>shaun.pettigrew@usdoj.gov
>
>CLIFFORD E. STEVENS, JR.
>Senior Trial Attorney
>Wildlife and Marine Resources Section
>601 D Street, NW
>Washington, D.C. 20004

Federal Defendants' Notice of Filing of the Administrative Records
*Pacific Rivers, et al. v. U.S. Bureau of Land Mgmt. et al.*, 6:16-cv-01598-TC
3

Phone: (202) 353-7548
Fax: (202) 305-0275
clifford.stevens@usdoj.gov

*Counsel for Federal Defendants*

Federal Defendants' Notice of Filing of the Administrative Records
*Pacific Rivers, et al. v. U.S. Bureau of Land Mgmt. et al.*, 6:16-cv-01598-TC
4

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, a copy of this foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

Respectfully submitted, June 1, 2017,

*/s/ Shaun M. Pettigrew*
Trial Attorney

Federal Defendants' Notice of Filing of the Administrative Records
*Pacific Rivers, et al. v. U.S. Bureau of Land Mgmt. et al.*, 6:16-cv-01598-TC
5