Shaun M. Pettigrew
shaun.pettigrew@usdoj.gov
Trial Attorney
Natural Resources Section
U.S. Department of Justice
601 D Street, NW, Rm. 3816
Washington, D.C.  20004
Tel: (202) 305-3895

Stuart C. Gillespie
stuart.gillespie@usdoj.gov
Trial Attorney
Natural Resources Section
999 18th Street South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1382

*Counsel for Federal Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| PACIFIC RIVERS; CASCADIA WILDLANDS; COAST RANGE ASSOCIATION; KLAMATH-SISKIYOU WILDLANDS CENTER; OREGON WILD; THE WILDERNESS SOCIETY; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; and UMPQUA WATERSHEDS | Case No.: 6:16-CV-01598-JR |
| Plaintiffs, | |
| v. | DECLARATION OF Aimee Hoefs |
| U.S BUREAU OF LAND MANAGEMENT; NATIONAL MARINE FISHERIES SERVICE; | |

Declaration of Aimee Hoefs

1

U.S. FISH & WILDLIFE SERVICE; U.S.
DEPARTMENT OF THE INTERIOR; U.S.
DEPARTMENT OF COMMERCE; and

Defendants

ZUBER & SONS LOGGING, LLC and
TURNER LOGGING, INC.,

Defendant-Intervenors

I, Aimee Hoefs, do declare, pursuant to 28 U.S.C. §1746, as follows:

1.  My name is Aimee Hoefs.  I am the District Planning and Environmental Coordinator for

    the Coos Bay District, Bureau of Land Management (BLM), in Coos Bay, Oregon.  Prior

    to this position, which began on January 20, 2017, I was the Writer/Editor and Records

    Manager for the Revision of the Resource Management Plans for Western Oregon

    (RMP).  I held the Writer/Editor and Records Manager position between April 7, 2013

    and May 13, 2017.  As the Writer/Editor and Records Manager, I was the primary person

    responsible for assembling the Administrative Record for the above captioned case.

2.  In this capacity, I met with applicable staff in the State Office in May 2013 to begin the

    process of collecting and tracking potential records for this project. Steps I personally

    took to produce the Administrative Record in this matter include:

    a.  Setting up a BLM internal electronic information sharing site, known as a

        Sharepoint site for the Interdisciplinary (ID) Team to store project records in one

        central place for inclusion in the Administrative Record.

Declaration of Aimee Hoefs

b.  I worked with the BLM's National Operations Center to create an email address for ID Team members to email project records for inclusion in the Administrative Record.

c.  I prepared an Instruction Memorandum[1] (IM-OR-2013-039, signed by the Oregon/Washington BLM State Director on 8/28/2013) directing all employees in Western Oregon to copy the email mailbox described above for all emails related to the RMP.

d.  I worked with the Department of Interior's (DOI) Chief Information Officer in Washington, D.C. to use a search tool known as the eMail Enterprise Records and Document Management System (eERDMS), to retrieve emails using specific email addresses and keywords to produce email records for this Administrative Record from closed email accounts of retirees and employees who had moved to different agencies or positions.

e.  I worked with the DOI National Operations Center, IT Help Desk to capture all of the project emails of RMP Project Manager, Mark Brown.

3.  The BLM contracted with a third party records management company to use Relativity, a document management platform, to combine, review, and organize the Administrative Record.  The BLM delivered to the company all hard copy and electronic records potentially relevant to the Administrative Record, approximately 252,000 documents. BLM staff and attorneys from the DOI Office of the Solicitor used Relativity to identify relevant records, identify privileged and withheld records, perform appropriate

---

[1] An Instruction Memorandum is a policy directive from a line officer of the BLM, which describes a new policy or procedure and directs subordinate BLM staff to comply with that new policy or procedure.

Declaration of Aimee Hoefs

redactions, identify non-responsive records and non-records, and organize the records according to a schema code.

4.  As described above, in my Records Manager capacity, I coordinated assembly of the BLM Administrative Record for this case, which is a compilation of documents in BLM's possession relevant to the claims challenging the BLM's RMP as set forth in Plaintiffs' Complaint. I coordinated with the Oregon State Office staff and BLM's Washington (D.C.) Office to ensure that all potentially relevant documents were located, evaluated, and identified. This includes records from the staff level as well as the management level. This also includes records that were separately released pursuant to requests made under the Freedom of Information Act, which are included in the Administrative Record in the above captioned case.

5.  I contacted the individual members of the ID Team to confirm that all project records in their possession had been uploaded to the Sharepoint site, copied to the project email address, or otherwise provided for inclusion in the Administrative Record.

6.  I also contacted BLM staff and managers in Oregon and Washington, D.C., as well as personnel in the BLM Director's Office, Assistant Secretary-Lands and Minerals, and the Immediate Office of the Secretary about any project records in their possession to be included in the Administrative Record.

7.  The BLM coordinated its compilation and review of the Administrative Record with the U.S. Fish & Wildlife Service and the National Marine Fisheries Service, to ensure that the records provided by the BLM are consistent and complete with the records of those agencies.

Declaration of Aimee Hoefs

8.  Therefore, the documents included in the BLM's Administrative Record for the above-captioned case were assembled from the BLM Oregon State Office, the BLM Washington D.C. office, and BLM district and field offices.

9.  I hereby certify that, to the best of my knowledge and belief, a true, accurate, and complete set of images, in portable document format (.pdf), hyperlinked to the index, which make up the BLM Administrative Record for the above-captioned case has been compiled onto an external hard drive.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2017.

Aimee Hoefs
Coos Bay District Planning &
Environmental Coordinator

Declaration of Aimee Hoefs

5