# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| PACIFIC RIVERS, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Declaration of Jody Caicco |
| v. | ) | |
| | ) | Case No. 6:16-cv-01598-JR |
| UNITED STATES BUREAU OF LAND MANAGEMENT | ) | |
| | ) | |
| Defendants. | ) | |

I, Jody Caicco, do declare, pursuant to 28 U.S.C. 1746 as follows:

1. My name is Jody Caicco. I am the Forest Resources Division Manager for the Oregon Fish and Wildlife Office (OFWO), U.S. Fish and Wildlife Service (FWS), in Portland, Oregon. My duties include supervising Forest Resources Division staff, establishing work schedules and priorities, making assignments, and reviewing final work products such as biological opinions. My role in the preparation of the FWS biological opinion on the Bureau of Land Management's Approval of the Proposed Resource Management Plan for Western Oregon was to coordinate the overall effort. I reviewed various drafts of the biological opinion, assisted with preparation of portions of the opinion, and facilitated coordination with other involved agencies.

2. As part of my duties, I supervised assembly of the FWS Administrative Record for this case. The Administrative Record is being provided on 3 DVDs, including a DVD which contains geographical information system (GIS) data. The first two DVDs contain a hyperlinked Administrative Record index. Please note that in using the hyperlinks on the index to access record documents, the first DVD should be loaded to access all documents up through the

document entitled "FWS_076966-FWS_077098.pdf" (which is the second-to-last document on page 101 of the index). For accessing all remaining documents on the index ( the last document on page 101 and all documents on pages 102-208), the second DVD should be loaded. The hyperlinks on the index can be used to access documents only when the proper DVD is loaded.

3.  I hereby certify that, to the best of my knowledge, the documents being provided represent a true and complete copy of the administrative record for the challenged agency decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2017.

_____
Jody Caicco
Forest Resources Division Manager,
Region 1
Portland, Oregon
U.S. Fish and Wildlife Service