U.S. DEPARTMENT OF COMMERCE

Form CD-64
Prescribed by
DAO 201.17

Portland, Oregon
May 31, 2017

I HEREBY CERTIFY that the collection of documents filed today by the National Marine Fisheries Service (NMFS) in Pacific Rivers et al v Bureau of Land Management et al, Case No. 6:16-cv-01598-JR (D. Oregon), is a true copy of official records on file in the offices of NMFS, Oregon Washington Coastal Office, 1201 NE Lloyd Boulevard, Suite 1100, Portland, Oregon 97232, relating to the Biological Opinion on the Resource Management Plan for Western Oregon issued by NMFS on July 15, 2016, Consultation Number WCR-2016-4089.

Ken Phippen
Branch Chief, Oregon Coast Branch
National Marine Fisheries Service,
West Coast Region

I HEREBY CERTIFY that Ken Phippen, who signed the foregoing certificate, is now and was at the time of signing, a custodian of records, National Marine Fisheries Service, West Coast Region, and that full faith and credit should be given to his certification as such.

In WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 31st day of May, 2017.

For the SECRETARY OF COMMERCE:

SEAL

For Barry Thom
Certifying Officer