| JA # | Description | Reference | Date |
| --- | --- | --- | --- |
| JA_000001 | Protest Resolution Director's Protest Resolution Report | IND_0006918-0007144 | 9/19/2016 |
| JA_000228 | Northwestern and Coastal Oregon Record of Decision and Resource Management Plan, | IND_0512693-0513012 | 8/5/2016 |
| JA_000548 | BLM Southwestern Oregon Record of Decision and Resource Management Plan, | IND_0513013-0513344 | 8/5/2016 |
| JA_000880 | FWS ESA Section 7(a)(2) Biological Opinion ("FWS BiOp"), | FWS_000001-FWS_001086 | 7/20/2016 |
| JA_001966 | FWS ESA Section 7(a)(2) Biological Opinion | IND_0009542-0010624 | 7/20/2016 |
| JA_003049 | NMFS ESA Section 7(a)(2) Biological Opinion | FWS_082903-FWS_083297 | 7/16/2016 |
| JA_003444 | Bureau of Land Management, Presentation on Resource Management Plans for Western Oregon | IND_ 0023552 pg. 33 | 7/1/2016 |
| JA_003445 | NMFS BiOp Briefing Memorandum on ESA Consultation with BLM for Western Oregon Plan Revision | NMFS1_0004439-00004442 | 6/1/2016 |
| JA_003449 | NMFS Presentation on Resource Management Plans | NMFS1_0005008-0005026 | 6/1/2016 |
| JA_003468 | Letter from Travis Joseph, President of AFRC | IND_0039203-0039233 | 5/13/2016 |
| JA_003499 | Klamath-Siskiyou Wildlands Center, et al., Letter Administrative Protest of Final Environmental Impact Statement for the Revision of the Resource Management Plans of the Western Oregon BLM Districts, May 12, 2016 | IND_0039444-IND_0039616 | 5/12/2016 |
| JA_003672 | Email Chain, Richard Schultz to Patricia Burke Re: Discussion of "No Take" (Page 1) | IND_0043513-3514 | 4/19/2016 |
| JA_003674 | Email Chain, Michael Bechdolt to Mark Brown et al. Re: Question on benefits of salvage logging and reforestation on BLM-administered land (Pages 2-3) | IND_0048251-52 (IND_0048250-IND_0048254) | 3/30/2016 |
| JA_003679 | Proposed Resource Management Plan/Final Environmental Impact Statement (vol. 1) | IND_0514323-0514918 | 3/25/2016 |
| JA_004275 | Proposed Resource Management Plan/Final Environmental Impact Statement (vol. 2) | IND_0513345-0513906 | 3/25/2016 |
| JA_004837 | Proposed Resource Management Plan/Final Environmental Impact Statement (vol. 3) | IND_0513907-0514322 | 3/25/2016 |
| JA_005253 | Proposed Resource Management Plan/Final Environmental Impact Statement (vol. 4) | IND_0514919-0515458 | 3/25/2016 |
| JA_005793 | Email Chain, Richard Hardt to Abraham Wheeler Re: owl take and ASQ (Page 2) | IND_0067900 (IND_0067899-IND_0067991) | 2/23/2016 |
| JA_005796 | Bureau of Land Management, Biological Assessment on Western Oregon Proposed Resource Management Plan, January 28, 2016 | FWS_006633-FWS_007377 | 1/28/2016 |
| JA_006541 | Aquatic BA BLM Biological Assessment, Western Oregon Proposed Resource Management Plan (January 28, 2016), | IND_0714547-0715291 | 1/28/2016 |
| JA_007286 | Internal NMFS email correspondence, re: Points for the BLM RMP meeting, January 8, 2016 | NMFS1_0003949 | 1/8/2016 |

| JA # | Description | Reference | Date |
|---|---|---|---|
| JA_007288 | National Oceanic and Atmospheric Administration, Effects of Thinning on Large Wood Production and Recruitment from Riparian Reserves in the Context of Proposed Western Oregon Plan Revisions for BLM lands (2016), | NMFS3_0022114-0022179 | 1/1/2016 |
| JA_007354 | Letter Clarification of NMFS Comments on Draft Environmental Impact Statement | NMFS1_0003946-0003948 | 12/18/2015 |
| JA_007354 | Letter from NMFS to BLM, Clarification of NMFS' Comments on Draft EIS for the Revision of the Resource Management Plan of the Western Oregon BLM Districts | NMFS1_0003946-48 | 12/18/2015 |
| JA_007357 | Internal BLM email correspondence re: NMFS Draft Clarification Letter, December 15, 2015 | IND_0095731-IND_0095733 | 12/15/2015 |
| JA_007361 | Email Email re Riparian Reserve Changes, | IND_0097301-0097302 | 12/10/2015 |
| JA_007363 | ESA Meeting Biological Assessment Briefing Meeting Notes (email) | IND_0089366 | 12/9/2015 |
| JA_007364 | ESA Meeting Biological Assessment Briefing Meeting Notes (attachment) | IND_0793755 | 12/9/2015 |
| JA_007369 | Biological Assessment Early Review Process Meeting Summary | IND_0787712-0787715 | 11/3/2015 |
| JA_007373 | Biological Assessment Early Review Process Conference Call Summary | IND_0787886-0787889 | 10/23/2015 |
| JA_007377 | ESA Consultation Managers Team Meeting Summary | IND_0787883-0787885 | 10/22/2015 |
| JA_007380 | Draft Email Attachment re Draft ESA Biological Assessment (email) | IND_0116353 | 10/15/2015 |
| JA_007381 | Draft Email Attachment re Draft ESA Biological Assessment (attachment) | IND_0786811 | 10/15/2015 |
| JA_007385 | BLM RMP for Western Oregon Managers, Solicitors & Early Review Team RMP & NWFP Crosswalk Meeting | IND_0701649-IND_0701652 | 10/7/2015 |
| JA_007389 | ESA Consultation Meeting, NWFP ACS "Crosswalk" with Proposed RMP Strategy | NMFS1_0003460-3485 | 10/7/2015 |
| JA_007415 | Email, Richard Hardt to Diane Hoobler Re: Critical Habitat in Harvest Land Base | FWS_093452 (FWS_093452-FWS_093452) | 9/9/2015 |
| JA_007416 | Treatment of Northern Spotted Owl Known Sites in the Harvest Land Base (Page 3) | FWS_093458 (FWS_093456-FWS_093458) | 9/9/2015 |
| JA_007419 | State of Oregon, Comment Letter on Draft Environmental Impact Statement for the Revision of the Resource Management Plan of the Western Oregon Bureau of Land Management Districts | IND_0780998-IND_0781014 | 8/21/2015 |
| JA_007545 | National Marine Fisheries Service, Comment Letter on Draft Environmental Impact Statement for the Revision of the Resource Management Plan of the Western Oregon Bureau of Land Management Districts | NMFS1_0003092-NMFS1_0003151 | 8/21/2015 |

| JA # | Description | Reference | Date |
|---|---|---|---|
| JA_007605 | Conservation Group Comments re: Draft Environmental Impact Statement for the Resource Management for BLM forests and watersheds in Western Oregon | IND_0659762-IND_0659769 (IND_0659741-IND_0659992) | 8/20/2015 |
| JA_007419 | U.S. Fish and Wildlife Service, Comment Letter on Draft Environmental Impact Statement for the Revision of the Resource Management Plan of the Western Oregon Bureau of Land Management Districts | IND_0780900- IND_0780937 | 8/20/2015 |
| JA_007419 | U.S. Environmental Protection Agency, Comment Letter on Draft Environmental Impact Statement for the Revision of the Resource Management Plan of the Western Oregon Bureau of Land Management Districts | IND_0780890-IND_0780899 | 7/29/2015 |
| JA_007857 | 7/17/15 Email Email from Jeffrey R. Dunk to Betsy Glenn dated July 17, 2015 | IND_0148073-0148075 | 7/17/2015 |
| JA_007860 | ESA Review Tracking Draft Progress Tracking Document for ESA Consultation Early Review with NMFS and FWS | IND_0796839-0796851 | 6/2/2015 |
| JA_007873 | Draft Environmental Impact Statement (vol. 1) | IND_0172601-0173084 | 6/1/2015 |
| JA_008357 | Draft Environmental Impact Statement (vol. 2) | IND_0516602-0517085 | 6/1/2015 |
| JA_008841 | Draft Environmental Impact Statement (vol. 3) | IND_0515462-0515765 | 6/1/2015 |
| JA_009145 | ESA Riparian/Aquatic Technical Team Meeting Summary (email) | IND_ 0154545 | 5/5/2015 |
| JA_009146 | ESA Riparian/Aquatic Technical Team Meeting Summary (attachment) | IND_ 0776715 | 5/5/2015 |
| JA_009151 | Draft Northern spotted owl guidelines | FWS_100636 (FWS_100636-FWS_100637) | 4/17/2015 |
| JA_009153 | Bureau of land Management, Draft Proposed Resource Management Plans Relationship of the RMPs to the NW Forest Plan | IND_0507880 (IND_0507863-IND_0508010) | 1/1/2015 |
| JA_009301 | Barred Owl Encounter Rates Text, with Brendan White, USFWS, comments (Page 1) | FWS_102857 (FWS_102857-FWS_102859) | 12/17/2014 |
| JA_009304 | BLM Update for Kim Kratz of NMFS on Proposed RMP | NMFS1_0000869-877 | 11/17/2014 |
| JA_009313 | Email Chain, Betsy Glenn to Eric Greenquist, Re: BO encounter rate draft language, FYI (Page 1) | FWS_103285 (FWS_103285-FWS_103288) | 10/22/2014 |
| JA_009317 | Email from Betsy Glenn to Eric Greenquist et al. Re: BO encounter rate draft language, FYI (Page 1) | IND_0547456 | 10/22/2014 |
| JA_009320 | Email Chain, Eric Greenquist to Betsy Glenn et al., Re: BO encounter rate draft language, FYI (Page 2) | FWS_103319 (FWS_103318-FWS_103320) | 10/21/2014 |
| JA_009323 | Email from Grendan White to Betsy Glenn et al, Re: Meeting with BLM y"day re: NSO modeling and BLM RMP – Need reply | FWS_103337 (FWS_103337-FWS_103337) | 10/16/2014 |
| JA_009324 | Forest Service Pacific Northwest Region Briefing Paper | IND_0736627-29 | 9/9/2014 |
| JA_009327 | BLM Barred Owl (Page 1) | FWS_104164 (FWS_104164-FWS_104165) | 4/11/2014 |

| JA # | Description | Reference | Date |
|---|---|---|---|
| JA_009329 | EPA 2013 U.S. Environmental Protection Agency, Potential Modelling Approach to Evaluate the Effects of Thinning Activities on Stream Shade (Nov. 19, 2013), | NMFS3_0004092-0004112 | 11/19/2013 |
| JA_009350 | Northern Spotted Owl Work Group, notes from the meeting of September 24, 2013 (Page 10) | FWS_105038 (FWS_105029-FWS_105061) | 11/7/2013 |
| JA_009383 | Email Chain, Robert Anthony to Eric Greenquist, Re: Barred owl encounter rates in Coast Ranges DSA (Page 1) | IND_0290072 | 6/18/2013 |
| JA_009384 | Consultation Agreement ESA Consultation Agreement Between BLM, FWS, and NMFS | NMFS1_0000202-211 | 6/1/2013 |
| JA_009394 | Document Authored by Eric Greenquist Re: Northern Spotted Owl Extirpation Risk, (Page 1) | IND_0296723 | 5/22/2013 |
| JA_009397 | Email Chain, Eric Greenquist to Betsy Glenn, Re: NSO draft analytical framework (Page 2) | FWS_105675 (FWS_105674-FWS_105676) | 4/11/2013 |
| JA_009400 | Consultation Timeline ESA Consultation Integrated Timeline | NMFS1_0000199-201 | 3/19/2013 |
| JA_009403 | Spies et al. 2013 Spies et al., Effects of Riparian Thinning on Wood Recruitment: A Scientific Synthesis | NMFS3_0024056-0024101 | 1/28/2013 |
| JA_009449 | BLM Resource Management Plan Evaluation Report | IND_0340668-0340933 | 8/1/2012 |
| JA_009715 | Bureau of Land Management, Resource Management Plans for Western Oregon, Purpose and Need Statement | IND_0289092-IND_0289100 | 1/1/2012 |
| JA_009724 | Peter Leinenbach, U.S. Environmental Protection Agency, Technical Memorandum, Subject: Assess the Potential Shadow Length Associated with Riparian Vegetation | NMFS3_0010404-0010408 | 12/1/2011 |
| JA_009729 | Groom et al., Stream Temperature Change Detection for State and Private Forests in the Oregon Coast Range (2011), | NMFS3_0006481-0006492 | 1/1/2011 |
| JA_009741 | Groom et al., Response of Western Oregon (USA) Stream Temperatures to Contemporary Forest Management | NMFS3_0006493-0006505 | 1/1/2011 |
| JA_009754 | Final Environmental Impact Statement for the Revision of the Resource Management Plans of the Western Oregon Bureau of Land Management, Vol. 1 | IND_0520542-0521080 | 10/1/2008 |
| JA_010293 | FWS Five-Year Bull Trout Review | FWS_054907-FWS_054961 | 1/1/2008 |
| JA_010348 | BLM NEPA Handbook BLM NEPA Handbook | IND_0379897-0380080 | 1/1/2008 |
| JA_010532 | U.S. Fish and Wildlife Service, Biological Opinion on the effects of continued implementation of USFS LRMPs and BLM RMPs as amended by the Northwest Forest Plan Record Of Decision | FWS_083963-FWS_084076 | 5/31/2000 |
| JA_010646 | 1997 BiOp NMFS ESA Section (7)(a)(2) Biological Opinion and Conference Opinion | IND_0050808-0050887 | 3/18/1997 |
| JA_010726 | BLM 1995 Resource Management Plans (Klamath Falls) | IND_0245486-0245838 | 6/1/1995 |
| JA_011079 | BLM 1995 Resource Management Plans (Medford) | IND_0246196-0246468 | 6/1/1995 |
| JA_011352 | BLM 1995 Resource Management Plans (Eugene) | IND_0331707-0331992 | 6/1/1995 |
| JA_011638 | BLM 1995 Resource Management Plans (Coos Bay) | IND_0392916-0393172 | 6/1/1995 |

| JA # | Description | Reference | Date |
|---|---|---|---|
| JA_011895 | BLM 1995 Resource Management Plans (Salem) | IND_0401449-0401623 | 6/1/1995 |
| JA_012070 | Northwest Forest Plan Record of Decision | IND_0326622-IND_0326869 | 4/13/1994 |
| JA_012318 | Northwest Forest Plan Record of Decision | IND_0381473-IND_0381551 | 4/13/1994 |
| JA_012396 | Northwest Forest Plan Standards and Guidelines | IND_0503374-0503526 | 4/13/1994 |
| JA_012549 | U.S. Fish and Wildlife Service, Biological Opinion on Northwest Forest Plan | FWS_049503-FWS_049549 | 2/10/1994 |
| JA_012596 | Forest Ecosystem Management: An Ecological, Economic, and Social Assessment (Page ii) | IND_0395414 (IND_0395410-IND_0396409) | 7/1/1993 |
| JA_013596 | Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest-Related Species Within the Range of the Northern Spotted Owl, Vol. 1 | IND_0865313-0865868 | 7/1/1993 |
| JA_014153 | NWFP FSEIS NWFP Final Supplemental Environmental Impact Statement, Volume II - Appendices, | IND_0865870-0866454 | 7/1/1993 |
| JA_014738 | O&C Sustained Yield Act: the Land, the Law, the Legacy, 1937-1987 | IND_0527284-308 | 1/1/1987 |
| JA_014763 | Memorandum from Associate Solicitor, Department of the Interior, Statutes Governing Management of the Northern Spotted Owl | IND_0526723-0526733 | 10/20/1986 |
| JA_014774 | Memorandum from Solicitor, Department of the Interior, Review of BLM Policy Statement for Multiple Use Management of the Oregon and California Railroad and Coos Bay Wagon Road Revested Lands (O&C Lands) | IND_0519661-0519671 | 9/8/1981 |
| JA_014785 | Bureau of Land Management, Memorandum re Legality of Deviating from Even Flow Policy in the Josephine Sustained Yield Unit | IND_0526880-IND_0526883 | 3/7/1979 |
| JA_014789 | Acting Deputy Solicitor's Opinion dated June 1, 1977 Regarding Applicability of Section 603 of FLMPA to O&C Sustained Yield Act Lands | IND_0519672-83 | 6/1/1977 |
| JA_014801 | Memorandum from Regional Solicitor, Department of the Interior, Authority of the Secretary of Interior to Make Withdrawals of O&C Lands for Recreational Purposes | IND_0526893-0526902 | 5/17/1955 |
| JA_014811 | Opinion of the Assistant Secretary of the Department of the Interior, Applicability of Mining Laws to Revested Oregon and California and Reconveyed Coos Bay Grant Lands | IND_0526907-0526913 | 8/25/1941 |
| JA_014818 | Assistant Secretary Chapman's Opinion dated August 25, 1941 Regarding Applicability of Mining Laws to O&C Sustained Yield Act Lands | IND_0527429-36 | 8/25/1941 |
| JA_014826 | Report of the House Committee on the Public Lands, Revested Oregon & California Railroad and Reconveyed Coos Bay Wagon Road Grant Lands Situated in Oregon | IND_0527222-0527227 | 6/23/1937 |

| JA # | Description | Reference | Date |
|---|---|---|---|
| JA_014832 | Transcript of Hearings before the Committee on the Public Lands, House of Representatives, on H.R. 5858, A Bill Relating to the Revested Oregon and California Railroad and Reconveyed Coos Bay Wagon Road Grant Lands Situated in the State of Oregon | IND_0526963-0527219 | 6/1/1937 |
| JA_015089 | Compiled Legislative History of O&C Sustained Yield Act, A Bill Relating to the Revested Oregon & California Railroad and Reconveyed Coos Bay Wagon Road Grant Lands Situated in the State of Oregon: Hearing on H.R. 5858 Before the H. Committee on the Public Lands, 75th Cong. 5 (Pages 5, 11, 29) | IND_0526934, IND_0526940, IND_0526958 (IND_0526923-IND_0527251) | 4/13/1937 |